UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WOODY, JR., | No. 2:20-cv-2328 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| STEPHEN MNUCHIN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed an in forma pauperis application and certified prison trust account statement. ECF Nos. 2, 5. Although plaintiff's trust account statement shows he currently has a zero balance, his application states that he has cash in the amount of $7,150,000.00.[1]

In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure and either pay both the $350.00 filing fee and the $50.00 administrative fee for a civil action or file an application requesting leave to proceed in forma pauperis.[2] See 28 U.S.C. §§ 1914(a), 1915(a). The court may authorize the commencement of an

---

[1] A later filing indicates that plaintiff became the beneficiary of a trust upon the death of his mother in 2011. ECF No. 11 at 3.

[2] Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

1  action "without prepayment of fees or security therefor" by an individual who submits an
2  affidavit evidencing an inability to pay such fees or give security therefor. 28 U.S.C. § 1915(a).
3  Plaintiff has made an inadequate showing of indigency in the application before the court.  He
4  will therefore be granted twenty-one days in which to submit the appropriate filing fee to the
5  Clerk of the Court or explain to the court why he cannot pay the fee.  Plaintiff is cautioned that
6  failure to pay the fee or explain why he cannot pay the fee will result in a recommendation that
7  the application to proceed in forma pauperis be denied and the instant action be dismissed without
8  prejudice if the fee remains unpaid.

9  Accordingly, IT IS HEREBY ORDERED that, within twenty-one days from the date of
10 this order, plaintiff shall submit the appropriate filing and administrative fees totaling $400 to the
11 Clerk of the Court or explain in writing why he is unable to pay such fees.

12 DATED: January 12, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE