UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WOODY, JR., | No. 2:20-cv-02328-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| STEPHEN MNUCHIN, et al., | |
| Defendants. | |

Plaintiff John F. Woody, Jr. ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 17, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) Plaintiff has not filed objections to the findings and recommendations.

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 17, 2021 (ECF No. 13), are ADOPTED IN FULL; and

    2. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (ECF No. 2) is DENIED. Within twenty-one days of the filing of this Order, Plaintiff shall pay the filing fee in full or face dismissal of this case.

    IT IS SO ORDERED.

DATED: April 13, 2021

                              Troy L. Nunley
                              United States District Judge