UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WOODY, JR., | No. 2:20-cv-2328 TLN AC P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| STEPHEN MNUCHIN, et al., | |
| Defendants. | |

By an order filed April 14, 2021, plaintiff's motion to proceed in forma pauperis was denied and he was ordered to pay the filing fee in full or face dismissal of this case. ECF No. 14. The deadline to pay the filing fee has now passed and plaintiff has not paid the fee or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

////

////

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 17, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE